LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
TYLER G. NEWBY (CSB NO. 205790)
tnewby@fenwick.com
LESLIE A. KRAMER (CSB NO. 253313)
lkramer@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

Attorneys for Defendant
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN HASKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | Case No.: 3:13-cv-01834-JST<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT SYMANTEC CORPORATION'S MOTION TO DISMISS**<br><br>Judge:  The Honorable Jon S. Tigar |

**STIPULATION**

WHEREAS, on April 22, 2013, Plaintiff Kathleen Haskins ("Plaintiff") filed her Complaint against Defendant Symantec Corporation ("Symantec");

WHEREAS, on May 15, 2013, Symantec and Plaintiff (collectively, "the Parties") filed a stipulation extending Symantec's time to respond to the Complaint to June 21, 2013 (Dkt. No. 15);

WHEREAS, on May 28, 2013, Plaintiff filed her First Amended Complaint (Dkt. No. 17);

WHEREAS, on June 21, 2013, Symantec filed its Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. Nos. 22-23);

STIPULATION AND [PROPOSED] ORDER                                              No. 3:13-cv-01834-JST

WHEREAS, in light of certain scheduling conflicts, the Parties have agreed, subject to the approval of the Court, to extend the briefing schedule for Plaintiff's Opposition to the Motion to Dismiss and Symantec's Reply in support of its Motion to Dismiss;

WHEREAS, Plaintiff shall have until July 25, 2013, to file her Opposition to Symantec's Motion to Dismiss;

WHEREAS, Symantec shall have until August 15, 2013, to file its Reply in support of its Motion to Dismiss;

WHEREAS, the Parties have agreed that, subject to the Court's availability, Symantec's Motion to Dismiss will be heard by the Court on August 29, 2013, at 2:00 p.m.;

WHEREAS, there are no other pending dates set by the Court that would be affected by entry of this Order.

NOW THEREFORE, IT IS STIPULATED AND AGREED, and respectfully requested that the Court order as follows:

1. Plaintiff shall have until July 25, 2013, to file her Opposition to Symantec's Motion to Dismiss; and

2. Symantec shall have until August 15, 2013, to file its Reply in support of its Motion to Dismiss.

Dated: June 26, 2013

By */s/ Tyler G. Newby*
Laurence F. Pulgram (CBS No. 115163)
lpulgram@fenwick.com
Tyler G. Newby (CSB No. 205790)
tnewby@fenwick.com
Leslie A. Kramer (CSB No. 253313)
lkramer@fenwick.com
Molly R. Melcher (CSB NO. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph:  (415) 875-2300
Fax: (415) 281-1350

*Attorneys for Defendant Symantec Corp.*

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | | |
|---|---|---|
| Dated: June 26, 2013 | By | */s/ Timothy G. Blood* |

        Timothy G. Blood (149343)
        Thomas Joseph O'Reardon II (247952)
        Paula Michelle Roach (254142)
        Blood Hurst & O'Reardon, LLP
        701 B Street, Suite 1700
        San Diego, CA 92101
        619-338-1100
        Fax: 619-338-1101
        tblood@bholaw.com
        toreardon@bholaw.com
        proach@bholaw.com

        Barnow and Associates, P.C.
        Ben Barnow
        One North LaSalle Street, Suite 4600
        Chicago, IL 60602
        312-621-2000
        Fax: 312-641-5504
        b.barnow@barnowlaw.com

        The Coffman Law Firm
        Richard Lyle Coffman
        505 Orleans, Suite 505
        Beaumont, TX 77701
        409-833-7700
        Fax: 866-835-8250
        rcoffman@coffmanlawfirm.com

        *Attorneys for Plaintiff*

## ATTESTATION

    I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE FOR DEFENDANT SYMANTEC CORPORATION'S MOTION TO DISMISS**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

| | | |
|---|---|---|
| Dated: June 26, 2013 | By | */s/ Tyler G. Newby* |

        Tyler G. Newby (CBS No. 205790)

1
2                              **[PROPOSED] ORDER**
          Pursuant to stipulation, it is SO ORDERED.
3
4   Dated: June 27, 2013
                                   _____
5                                  Honorable Jon S. Tigar
                                   United States District Judge
6
7
8
...
28

STIPULATION AND [PROPOSED] ORDER        4                    No. 3:13-cv-01834-JST