1  LAURENCE F. PULGRAM (CSB NO. 115163)
   lpulgram@fenwick.com
2  TYLER G. NEWBY (CSB NO. 205790)
   tnewby@fenwick.com
3  LESLIE A. KRAMER (CSB NO. 253313)
   lkramer@fenwick.com
4  MOLLY R. MELCHER (CSB No. 272950)
   mmelcher@fenwick.com
5  FENWICK & WEST LLP
   555 California Street, 12th Floor
6  San Francisco, CA 94104
   Telephone: 415.875.2300
7  Facsimile:  415.281.1350

8  Attorneys for Defendant
   SYMANTEC CORPORATION
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                         SAN FRANCISCO DIVISION

13

| 14 | KATHLEEN HASKINS, on behalf of herself and all others similarly situated, | Case No.: 3:13-cv-01834-JST |
|---|---|---|
| 15 | | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| 16 | Plaintiff, | |
| 17 | v. | Date:  November 13, 2013<br>Time:  2:00 p.m.<br>Dept:  Courtroom 9, 19th Floor<br>Judge: The Honorable Jon S. Tigar |
| 18 | SYMANTEC CORPORATION, | |
|    | Defendant. | |

19

20                              **STIPULATION**

21   This Stipulation and [Proposed] Order is entered into by and between Plaintiff's and

22  Defendant's counsel (collectively, the "Parties") as follows:

23   WHEREAS, the Initial Case Management Conference is currently scheduled for

24  November 13, 2013, at 2:00 p.m. (Dkt. No. 31);

25   WHEREAS, on September 30, 2013, Symantec filed its Motion to Dismiss Plaintiff's

26  Second Amended Complaint (Dkt. Nos. 34);

27   WHEREAS, the hearing on Symantec's Motion to Dismiss is currently scheduled for

28  November 7, 2013, at 2:00 p.m.;

STIPULATION AND [PROPOSED] ORDER                              No. 3:13-cv-01834-JST

WHEREAS, in light of Symantec's pending Motion to Dismiss, the Parties propose to continue the Case Management Conference currently scheduled for November 13, 2013, at 2:00 p.m., to a date no earlier than three weeks after the Court's order on Motion to Dismiss;

NOW THEREFORE, the Parties, by and through their respective counsel of record, hereby stipulate, subject to Court approval, as follows:

1. The deadline for the Parties to meet and confer under Rule 26(f), and file ADR Certifications and either a Stipulation to ADR Process or Notice of Need for ADR Conference is continued from October 23, 2013, until one week after the Court's order on the Motion to Dismiss; and

2. The Case Management Conference currently scheduled for November 13, 2013, at 2:00 p.m., is continued to a date no earlier than three weeks after the Court's order on Motion to Dismiss.

IT IS SO STIPULATED.

Dated: October 23, 2013      By /s/ Tyler G. Newby
                                 Laurence F. Pulgram (CBS No. 115163)
                                 lpulgram@fenwick.com
                                 Tyler G. Newby (CSB No. 205790)
                                 tnewby@fenwick.com
                                 Leslie A. Kramer (CSB No. 253313)
                                 lkramer@fenwick.com
                                 Molly R. Melcher (CSB NO. 272950)
                                 mmelcher@fenwick.com
                                 FENWICK & WEST LLP
                                 555 California Street, 12th Floor
                                 San Francisco, CA 94104
                                 Ph:  (415) 875-2300
                                 Fax: (415) 281-1350

                                 *Attorneys for Defendant Symantec Corp.*

Dated: October 23, 2013      By /s/ Timothy G. Blood
                                 Timothy G. Blood (149343)
                                 Thomas Joseph O'Reardon II (247952)
                                 Paula Michelle Roach (254142)
                                 Blood Hurst & O'Reardon, LLP
                                 701 B Street, Suite 1700
                                 San Diego, CA 92101
                                 619-338-1100

STIPULATION AND [PROPOSED] ORDER          2          No. 3:13-cv-01834-JST

FENWICK & WEST LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

Fax: 619-338-1101
tblood@bholaw.com
toreardon@bholaw.com
proach@bholaw.com

Barnow and Associates, P.C.
Ben Barnow
One North LaSalle Street, Suite 4600
Chicago, IL 60602
312-621-2000
Fax: 312-641-5504
b.barnow@barnowlaw.com

The Coffman Law Firm
Richard Lyle Coffman
505 Orleans, Suite 505
Beaumont, TX 77701
409-833-7700
Fax: 866-835-8250
rcoffman@coffmanlawfirm.com

*Attorneys for Plaintiff*

## ATTESTATION

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated: October 23, 2013

By */s/ Tyler G. Newby*
Tyler G. Newby (CBS No. 205790)

## [PROPOSED] ORDER

Pursuant to stipulation, it is SO ORDERED.

Dated: October 24, 2013

Honorable Jon S. Tigar
United States District Judge