LAURENCE F. PULGRAM (CSB NO. 115163)
lpulgram@fenwick.com
TYLER G. NEWBY (CSB NO. 205790)
tnewby@fenwick.com
MOLLY R. MELCHER (CSB No. 272950)
mmelcher@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone: 415.875.2300
Facsimile:  415.281.1350

Attorneys for Defendant
SYMANTEC CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KATHLEEN HASKINS, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SYMANTEC CORPORATION,<br><br>Defendant. | Case No.: 3:13-cv-01834-JST<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT SYMANTEC TO ANSWER OR MOVE TO DISMISS THE THIRD AMENDED COMPLAINT AND REGARDING A BRIEFING SCHEDULE FOR A MOTION TO DISMISS**<br><br>Judge:  The Honorable Jon S. Tigar |

**STIPULATION**

WHEREAS, on December 2, 2013, this Court granted Defendant Symantec Corporation's

("Symantec") Motion to Dismiss the Second Amended Complaint and dismissed the Second

Amended Complaint without prejudice (Dkt. No. 45);

WHEREAS, in the Order dismissing Plaintiff's Second Amended Complaint, this Court

instructed Plaintiff that any Third Amended Complaint must be filed no later than December 23,

2013;

WHEREAS, Plaintiff intends to file a Third Amended Complaint on December 23, 2013;

\ \ \

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1      WHEREAS, in light of the holidays and certain scheduling conflicts, the Parties have

2  agreed, subject to the approval of the Court, to extend the dates for Symantec to Answer or file a

3  Motion to Dismiss the Third Amended Complaint and for briefing associated with Motion to

4  Dismiss;

5      WHEREAS, Symantec shall have until January 23, 2014, to Answer or file its Motion to

6  Dismiss;

7      WHEREAS, if Symantec files a Motion to Dismiss, Plaintiff shall have until February 18,

8  2014, to file her Opposition to Symantec's Motion to Dismiss;

9      WHEREAS, Symantec shall have until February 27, 2014, to file its Reply in support of

10  its Motion to Dismiss;

11      WHEREAS, the Parties have agreed that, subject to the Court's availability, Symantec's

12  Motion to Dismiss will be heard by the Court on March 13, 2014, at 2:00 p.m.;

13      WHEREAS, there are no other pending dates set by the Court that would be affected by

14  entry of this Order.

15      NOW THEREFORE, IT IS STIPULATED AND AGREED, and respectfully requested

16  that the Court order as follows:

17      1.  Symantec shall have until January 23, 2014, to Answer or file its Motion to Dismiss the

18  Third Amended Complaint;

19      2.  If Symantec files a Motion to Dismiss, Plaintiff shall have until February 18, 2014, to

20  file her Opposition; and

21      3.  Symantec shall have until February 27, 2014, to file its Reply in support of its Motion

22  to Dismiss.

23

24  Dated: December 23, 2013                By */s/ Tyler G. Newby*
                                                Laurence F. Pulgram (CBS No. 115163)
25                                              lpulgram@fenwick.com
                                                Tyler G. Newby (CSB No. 205790)
26                                              tnewby@fenwick.com
                                                Leslie A. Kramer (CSB No. 253313)
27                                              mmelcher@fenwick.com
28

STIPULATION AND [PROPOSED] ORDER          2                    No. 3:13-cv-01834-JST

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

2

FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Ph:  (415) 875-2300
Fax: (415) 281-1350

3

4

*Attorneys for Defendant Symantec Corp.*

5

6

7     Dated:   December 23, 2013

By */s/ Timothy G. Blood*
    Timothy G. Blood (149343)

8
    Thomas Joseph O'Reardon II (247952)
    Paula Michelle Roach (254142)

9
    Blood Hurst & O'Reardon, LLP
    701 B Street, Suite 1700

10
    San Diego, CA 92101
    619-338-1100

11
    Fax: 619-338-1101
    tblood@bholaw.com

12
    toreardon@bholaw.com
    proach@bholaw.com

13

14
    Barnow and Associates, P.C.
    Ben Barnow

15
    One North LaSalle Street, Suite 4600
    Chicago, IL 60602

16
    312-621-2000
    Fax: 312-641-5504

17
    b.barnow@barnowlaw.com

18
    The Coffman Law Firm
    Richard Lyle Coffman

19
    505 Orleans, Suite 505
    Beaumont, TX 77701

20
    409-833-7700
    Fax: 866-835-8250

21
    rcoffman@coffmanlawfirm.com

22
    *Attorneys for Plaintiff*

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER          3          No. 3:13-cv-01834-JST

**ATTESTATION**

I, Tyler G. Newby, am the ECF User whose identification and password are being used to file this **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT SYMANTEC TO ANSWER OR MOVE TO DISMISS THE THIRD AMENDED COMPLAINT AND REGARDING A BRIEFING SCHEDULE FOR A MOTION TO DISMISS**.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that all signatories have concurred in this filing.

Dated:   December 23, 2013                    By */s/ Tyler G. Newby*
                                                                    Tyler G. Newby (CBS No. 205790)

1

**[PROPOSED] ORDER**

2    Pursuant to stipulation, it is SO ORDERED.

3

4    Dated:  December 29, 2013

Honorable Jon S. Tigar
5    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28